# EXHIBIT D

BOND NO.: 09121517 , 81619239

### PERFORMANCE AND PAYMENT BOND

*KNOW ALL MEN BY THESE PRESENTS, that we, the undersigned* _____

PARSONS TRANSPORTATION GROUP INC. _____

*as PRINCIPAL, AND* ___ FIDELITY AND DEPOSIT COMPANY OF MARYLAND ; FEDERAL INSURANCE COMPANY _____

*with underwriting office at* 1400 American Lane, Schaumburg, IL 60196 ; 15 Mountain View Road, Warren, NJ 07059

_____

*to which all communications in regard to this bond should be addressed, a corporation organized and existing under the laws of the State of* _____ Maryland and Indiana _____ *and duly authorized to do business in the State of New Jersey, as SURETY, and held and firmly bound unto the New Jersey Transit Corporation in the penal sum of* _____ Two Million Five Hundred Eight Thousand Six Hundred Fourteen and 45/100 _____

*Dollars ($* 2,508,614.45 _____*), for the payment of which well and truly to be made, we hereby jointly and severally bind ourselves, our heirs, executors, administrators, successors and assigns.*

*Signed this* ___ 28th ___ *day of* _____ August _____ *A.D. two thousand and* _____ Thirteen _____ .

*THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that whereas the above named principal did on the* _____ *day of* _____ 20_____ *enter into a contract with the New Jersey Transit Corporation, which said contract is made a part of this the bond the same as though set forth herein;*

*Now, if the said Principal shall well and faithfully do and perform the things agreed by it or them to be done and performed according to the terms of said contract, or any changes or modifications therein made as therein provided, and shall pay all lawful claims of beneficiaries as defined by N.J.S.A. 2A:44-143 for labor performed or materials, provisions, provender or other supplies, or teams, fuels, oils, implements or machinery furnished, used or consumed in the carrying forward, performing or completing of said contract; we agreeing and assenting that this undertaking shall be for the benefit of any beneficiary as defined by N.J.S.A. 2A:44-143 having a just claim, as well as for the obligee herein; and shall further indemnify and save harmless the party of the first part mentioned in the contract aforesaid, its officers agents and servants from all suits and actions of any kind or character whatsoever, which may be brought or instituted by any beneficiary as defined by N.J.S.A. 2A:44-143 who has performed work or furnished materials in or about the work required to be done pursuant to the said contract, or by or on account of, any claims or amount recovered for any infringement of patent, trademark or copyright; then this obligation shall be void, otherwise the same shall remain in full force and effect, it being expressly understood and agreed*

- 1 -

*that the liability of the surety for any and all claims hereunder shall in no event exceed the penal amount of this obligation as herein stated.*

*The said surety hereby stipulates and agrees that no modifications, omissions, or additions in or to the terms of the plans or specifications therefor, shall in anywise affect the obligations of said surety on its bond.*

PARSONS TRANSPORTATION GROUP INC.

Angelle Roussel,
Vice President

Witness or Attest:

Helen Alarcon
Assoc. Risk Analyst
*Secretary*
*(ALSO PRINT OR TYPE NAME)*

*Principal*
*(ALSO PRINT OR TYPE NAME)*
*(AFFIX CORPORATE SEAL OF PRINCIPAL)*

FIDELITY AND DEPOSIT COMPANY OF MARYLAND ;

FEDERAL INSURANCE COMPANY

Witness or Attest:

James Ross, Witness

Daravy Mady, Attorney-In-Fact
SURETY
*(ALSO PRINT OR TYPE NAME)*
*(AFFIX CORPORATE SEAL OF PRINCIPAL)*

*(ALSO PRINT OR TYPE NAME)*

*CERTIFICATION TO THE AUTHORITY OF THE ATTORNEY IN FACT TO COMMIT THE SURETY COMPANY MUST ACCOMPANY THIS BOND, AND A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID SURETY COMPANY.*

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__ }

On __October 11, 2013__ before me, __Helen Alarcon, Notary Public__ ,
Date                                    Here Insert Name and Title of the Officer

personally appeared __Angelle Roussel__
Name(s) of Signer(s)

_____ ,



HELEN ALARCON
Commission # 2009127
Notary Public - California
Los Angeles County
My Comm. Expires Mar 1, 2017

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Helen Alarcon___
Signature of Notary Public

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Los Angeles

On _AUG 28 2013_ before me, <u>B. Aleman, Notary Public</u>, personally appeared ____Daravy Mady____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

B. ALEMAN
COMM #1985713
Notary Public - California
Los Angeles County
My Comm. Expires July 21, 2016

Signature _____
B. Aleman, Notary Public

(Seal)

**ZURICH AMERICAN INSURANCE COMPANY**
**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**
**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Maryland, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Maryland (herein collectively called the "Companies"), by **JAMES M. CARROLL, Vice President**, in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **Daravy MADY, of Los Angeles, California**,  its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings**, and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland., and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills,  Maryland., in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND**, this 9th day of August, A.D. 2012.

**ATTEST:**

ZURICH AMERICAN INSURANCE COMPANY
COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

  

By:

*Assistant Secretary*
*Eric D. Barnes*

*Vice President*
*James M. Carroll*

**State of** Maryland
City of Baltimore
On this 9th day of August, A.D. 2012, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, JAMES M. CARROLL, **Vice President, and ERIC D. BARNES, Assistant Secretary**, of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Constance A. Dunn, Notary Public
My Commission Expires: July 14, 2015

POA-F 012-3265Q

## EXTRACT FROM BY-LAWS OF THE COMPANIES

"Article V, Section 8, Attorneys-in-Fact. The Chief Executive Officer, the President, or any Executive Vice President or Vice President may, by written instrument under the attested corporate seal, appoint attorneys-in-fact with authority to execute bonds, policies, recognizances, stipulations, undertakings, or other like instruments on behalf of the Company, and may authorize any officer or any such attorney-in-fact to affix the corporate seal thereto; and may with or without cause modify of revoke any such appointment or authority at any time."

## CERTIFICATE

I, the undersigned, Vice President of the ZURICH AMERICAN INSURANCE COMPANY, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that Article V, Section 8, of the By-Laws of the Companies is still in force.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY at a meeting duly called and held on the 15th day of December 1998.

RESOLVED: "That the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the Seal of the Company may be affixed by facsimile on any Power of Attorney...Any such Power or any certificate thereof bearing such facsimile signature and seal shall be valid and binding on the Company."

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994, and the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this ____ day of _____ AUG 28 2013.

  

_Geoffrey Delisio_

Geoffrey Delisio, Vice President



| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company<br>Vigilant Insurance Company<br>Pacific Indemnity Company | Attn: Surety Department<br>15 Mountain View Road<br>Warren, NJ 07059 |
|---|---|---|---|

**Know All by These Presents,** That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint **B. Aleman, Tracy Aston, KD Conrad, Lisa Crail, Daravy Mady, Kristine Mendez and Edward C. Spector** of Los Angeles, California --------------------------------------------------------------------------------------------

each as their true and lawful Attorney- in- Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

**In Witness Whereof,** said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this **22nd** day of **October, 2012.**

_Kenneth C. Wendel_, Assistant Secretary

_David B. Norris, Jr._, Vice President

STATE OF NEW JERSEY
County of Somerset                  ss.

On this **22nd** day of **October, 2012** before me, a Notary Public of New Jersey, personally came Kenneth C. Wendel, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Kenneth C. Wendel, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By- Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with David B. Norris, Jr., and knows him to be Vice President of said Companies; and that the signature of David B. Norris, Jr., subscribed to said Power of Attorney is in the genuine handwriting of David B. Norris, Jr., and was thereto subscribed by authority of said By- Laws and in deponent's presence.

Notarial Seal



KATHERINE J. ADELAAR
NOTARY PUBLIC OF NEW JERSEY
No. 2316685
Commission Expires July 16, 2014

Notary Public

## CERTIFICATION

Extract from the By- Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys- in- Fact for purposes of only executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Kenneth C. Wendel, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

   (i)   the foregoing extract of the By- Laws of the Companies is true and correct,
   (ii)  the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
   (iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies, at Warren, NJ this          day of          AUG 2 8 2013

  

_Kenneth C. Wendel_, Assistant Secretary

---

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY   Telephone (908) 903- 3493  Fax (908) 903- 3656
e-mail:  surety@chubb.com

---

Form 15-10- 0225B- U  (Ed. 5- 03) CONSENT

Project: ACSES II Positive Train Control

Duplicate Execution
09051569/82060810

## PERFORMANCE AND PAYMENT BOND

*KNOW ALL MEN BY THESE PRESENTS, that we, the undersigned* _____

Parsons Transporation Group

*as PRINCIPAL, AND* Fidelity and Deposit Company of Maryland and Federal Insurance Company

*with underwriting office at* 1400 American Lane Schamburg, IL 60196-1056 and

15 Mountain View Road Warren, NJ 07059

*to which all communications in regard to this bond should be addressed, a corporation organized and existing under the laws of the State of* Maryland and _____ *and duly authorized to do business in the State of New Jersey, as SURETY, and held and firmly bound unto the New Jersey Transit Corporation in the penal sum of* Thirty Six Million One Hundred Six Thousand Nine Hunded One and 00/100

*Dollars ($* 36,106,901.00-------------------------------), *for the payment of which well and truly to be made, we hereby jointly and severally bind ourselves, our heirs, executors, administrators, successors and assigns.*

*Signed this* ___21___ *day of* ___June_____ *A.D .two thousand and* ___2011___.

*THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that whereas the above named principal did on the* ___9th___ *day of* ___August_____ *20* ___11___ *enter into a contract with the New Jersey Transit Corporation, which said contract is made a part of this the bond the same as though set forth herein;*

*Now, if the said Principal shall well and faithfully do and perform the things agreed by it or them to be done and performed according to the terms of said contract, or any changes or modifications therein made as therein provided, and shall pay all lawful claims of beneficiaries as defined by N.J.S.A. 2A:44-143 for labor performed or materials, provisions, provender or other supplies, or teams, fuels, oils, implements or machinery furnished, used or consumed in the carrying forward, performing or completing of said contract; we agreeing and assenting that this undertaking shall be for the benefit of any beneficiary as defined by N.J.S.A. 2A:44-143 having a just claim, as well as for the obligee herein; and shall further indemnify and save harmless the party of the first part mentioned in the contract aforesaid, its officers agents and servants from all suits and actions of any kind or character whatsoever, which may be brought or instituted by any beneficiary as defined by N.J.S.A. 2A:44-143 who has performed work or furnished materials in or about the work required to be done pursuant to the said contract, or by or on account of, any claims or amount recovered for any infringement of patent, trademark or copyright; then this obligation shall be void, otherwise the same shall*

· 1 ·

*remain in full force and effect, it being expressly understood and agreed that the liability of the surety for any and all claims hereunder shall in no event exceed the penal amount of this obligation as herein stated.*

*The said surety hereby stipulates and agrees that no modifications, omissions, or additions in or to the terms of the plans or specifications therefor, shall in anywise affect the obligations of said surety on its bond.*

Witness or Attest:

Lilian Hidalgo,
Administrative Assistant
Secretary
*(ALSO PRINT OR TYPE NAME)*

Parsons Transportation Group

Angelle Roussel

VP & Assistant Secretary

Principal
*(ALSO PRINT OR TYPE NAME)*
*(AFFIX CORPORATE SEAL OF PRINCIPAL)*

Witness or Attest:

B. Aleman

*(ALSO PRINT OR TYPE NAME)*

Fidelity and Deposit Company of Maryland

Federal Insurance Company

Neemi Quiroz, Attorney-in-Fact

Surety
*(ALSO PRINT OR TYPE NAME)*
*(AFFIX CORPORATE SEAL OF SURETY)*

*CERTIFICATION TO THE AUTHORITY OF THE ATTORNEY IN FACT TO COMMIT THE SURETY COMPANY MUST ACCOMPANY THIS BOND, AND A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID SURETY COMPANY.*

- 2 -

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of **Los Angeles**

On ___June 21, 2011___ before me, **Helen Alarcon, Notary Public** ,
<span style="font-size:smaller">Date</span>                                                            Here Insert Name and Title of the Officer

personally appeared **Angelle Roussel**

Name(s) of Signer(s)

,

**HELEN ALARCON**
Commission # 1832943
Notary Public - California
Los Angeles County
My Comm. Expires Jan 24, 2013

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Helen Alarcon___

Signature of Notary Public

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of <u>Los Angeles</u>

On <u>June 21, 2011</u> before me, <u>B. Wong, Notary Public</u>, personally appeared <u>Noemi Quiroz</u> who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal)

Signature _____

```
B. WONG
Commission # 1910243
Notary Public - California
Los Angeles County
My Comm. Expires Oct 24, 2014
```

## Power of Attorney
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by WILLIAM J. MILLS, Vice President, and ERIC D. BARNES, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint **Noemi QUIROZ, of Los Angeles, California,** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: any and all bonds and undertakings, and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this 12th day of December, A.D. 2007.

ATTEST:                                    FIDELITY AND DEPOSIT COMPANY OF MARYLAND



*Eric D. Barnes    Assistant Secretary*     By:     *William J. Mills       Vice President*

State of Maryland ⎱ ss:
City of Baltimore ⎰

On this 12th day of December, A.D. 2007, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came WILLIAM J. MILLS, Vice President, and ERIC D. BARNES, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

*Dennis R. Hayden          Notary Public*
My Commission Expires: February 1, 2009

POA-F 012-3275D



## State of New Jersey
### DEPARTMENT OF BANKING AND INSURANCE

### CERTIFICATE OF AUTHORITY

DATE: APRIL 13, 2011

NAIC COMPANY CODE: 39306

THIS IS TO CERTIFY THAT THE **FIDELITY AND DEPOSIT COMPANY OF MARYLAND** OF OWINGS MILLS, MARYLAND, HAVING COMPLIED WITH THE LAWS OF THE STATE OF NEW JERSEY, AND ANY SUPPLEMENTS OR AMENDMENTS THERETO WITH RESPECT TO THE TRANSACTION OF THE BUSINESS OF INSURANCE, IS LICENSED TO TRANSACT IN THIS STATE UNTIL THE FIRST DAY OF MAY, 2012, THE LINES OF INSURANCE SPECIFICALLY DESIGNATED BELOW:

    01 - FIRE AND ALLIED LINES
    02 - EARTHQUAKE
    03 - GROWING CROPS
    04 - OCEAN MARINE
    05 - INLAND MARINE
    06 - WORKERS COMPENSATION AND EMPLOYERS LIABILITY
    07 - AUTOMOBILE LIABILITY BODILY INJURY
    08 - AUTOMOBILE LIABILITY PROPERTY DAMAGE
    09 - AUTOMOBILE PHYSICAL DAMAGE
    10 - AIRCRAFT PHYSICAL DAMAGE
    11 - OTHER LIABILITY
    12 - BOILER AND MACHINERY
    13 - FIDELITY AND SURETY
    14 - CREDIT
    15 - BURGLARY AND THEFT
    16 - GLASS
    17 - SPRINKLER LEAKAGE AND WATER DAMAGE
    18 - LIVESTOCK
    19 - SMOKE OR SMUDGE
    20 - PHYSICAL LOSS TO BUILDINGS
    22 - MECHANICAL BREAKDOWN/POWER FAILURE



**THOMAS B. CONSIDINE**

*COMMISSIONER*

# FIDELITY AND DEPOSIT COMPANY
### OF MARYLAND
600 Red Brook Blvd., Suite 600, Owings Mills, MD 21117

### Statement of Financial Condition
As Of December 31, 2010

### ASSETS

| | |
|---|---:|
| Bonds | $ 167,717,443 |
| Stocks | 23,571,636 |
| Cash and Short Term Investments | 250,663 |
| Reinsurance Recoverable | 478,827 |
| Other Accounts Receivable | 44,516,527 |
| TOTAL ADMITTED ASSETS | $ 236,535,096 |

### LIABILITIES, SURPLUS AND OTHER FUNDS

| | | |
|---|---:|---:|
| Reserve for Taxes and Expenses | | $ 225,295 |
| Ceded Reinsurance Premiums Payable | | 39,963,782 |
| Securities Lending Collateral Liability | | 3,077,700 |
| TOTAL LIABILITIES | | $ 43,266,777 |
| Capital Stock, Paid Up | $ 5,000,000 | |
| Surplus | 188,268,319 | |
| Surplus as regards Policyholders | | 193,268,319 |
| TOTAL | | $ 236,535,096 |

Securities carried at $45,648,865 in the above statement are deposited as required by law.

Securities carried on the basis prescribed by the National Association of Insurance Commissioners. On the basis of December 31, 2010 market quotations for all bonds and stocks owned, the Company's total admitted assets would be $245,239,534 and surplus as regards policyholders $201,972,757.

I, DENNIS F. KERRIGAN, Corporate Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company on the 31st day of December, 2010.

_____
*Corporate Secretary*

State of Illinois
City of Schaumburg  } SS:

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 31st day of March, 2011.

_____
*Notary Public*

```
OFFICIAL SEAL
DARRYL JOINER
Notary Public - State of Illinois
My Commission Expires May 3, 2014
```



| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company<br>Vigilant Insurance Company<br>Pacific Indemnity Company | Attn: Surety Department<br>15 Mountain View Road<br>Warren, NJ 07059 |

**Know All by These Presents,** That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint E.S. Albrecht, Jr., Tracy Aston, Joyce Herrin, Michael R. Mayberry, C.K. Nakamura, Maria Pena, Noemi Quiroz and Lisa L. Thornton of Los Angeles, California------------------------------------------------------------

each as their true and lawful Attorney- in- Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

In Witness Whereof, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this **21st** day of **July, 2008**

_Kenneth C. Wendel_, Assistant Secretary

_David B. Norris, Jr._, Vice President

STATE OF NEW JERSEY      ss.
County of Somerset

On this **21st** day of **July, 2008** before me, a Notary Public of New Jersey, personally came Kenneth C. Wendel, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Kenneth C. Wendel, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By- Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with David B. Norris, Jr., and knows him to be Vice President of said Companies; and that the signature of David B. Norris, Jr., subscribed to said Power of Attorney is in the genuine handwriting of David B. Norris, Jr., and was thereto subscribed by authority of said By- Laws and in deponent's presence.

Notarial Seal

STEPHEN B. BRADT
Notary Public, State of New Jersey
No. 2321097
Commission Expires Oct. 25, 2009

Notary Public

## CERTIFICATION

Extract from the By- Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys- in- Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company when so affixed and in the future with respect to any bond or undertaking to which it is attached."

I, Kenneth C. Wendel, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

(i)     the foregoing extract of the By- Laws of the Companies is true and correct,
(ii)    the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
(iii)   the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this **21st** day of **June, 2011**

  

_Kenneth C. Wendel_, Assistant Secretary

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY  Telephone (908) 903- 3493  Fax (908) 903- 3656
e-mail: surety@chubb.com

Form 15-10- 0225B- U   (Ed. 5- 03)  CONSENT

# FEDERAL INSURANCE COMPANY

STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

DECEMBER 31, 2010

(in thousands of dollars)

## ASSETS

| | |
|---|---|
| Cash and Short Term Investments............... $ | 235,579 |
| United States Government, State and | |
| Municipal Bonds.......................................... | 10,931,173 |
| Other Bonds................................................ | 4,110,731 |
| Stocks ........................................................ | 837,803 |
| Other Invested Assets................................. | 1,909,914 |
| | |
| TOTAL INVESTMENTS .............................. | 18,025,200 |
| | |
| Investments in Affiliates: | |
| Chubb Investment Holdings, Inc................ | 3,002,346 |
| Pacific Indemnity Company ....................... | 2,424,142 |
| Chubb Insurance Investment Holdings Ltd. ... | 1,275,789 |
| Executive Risk Indemnity Inc..................... | 1,111,774 |
| CC Canada Holdings Ltd. .......................... | 752,455 |
| Great Northern Insurance Company.......... | 459,252 |
| Chubb Insurance Company of Australia Limited | 313,107 |
| Chubb European Investment Holdings SLP... | 234,636 |
| Vigilant Insurance Company...................... | 212,646 |
| Other Affiliates .......................................... | 381,791 |
| Premiums Receivable .................................. | 1,441,826 |
| Other Assets................................................ | 1,427,670 |
| | |
| TOTAL ADMITTED ASSETS .................... $ | 31,062,634 |

## LIABILITIES AND SURPLUS TO POLICYHOLDERS

| | |
|---|---|
| Outstanding Losses and Loss Expenses ..... $ | 12,051,257 |
| Unearned Premiums..................................... | 3,331,654 |
| Ceded Reinsurance Premiums Payable....... | 329,476 |
| Provision for Reinsurance ............................ | 70,491 |
| Other Liabilities........................................... | 962,493 |
| | |
| TOTAL LIABILITIES ................................. | 16,745,371 |
| | |
| Special Surplus Funds................................ | 174,400 |
| Capital Stock.............................................. | 20,980 |
| Paid-In Surplus........................................... | 3,106,808 |
| Unassigned Funds...................................... | 11,015,075 |
| | |
| SURPLUS TO POLICYHOLDERS............. | 14,317,263 |
| | |
| TOTAL LIABILITIES AND SURPLUS | |
| TO POLICYHOLDERS........................... $ | 31,062,634 |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners. Investments with a carrying value of $452,427,638 are deposited with government authorities as required by law.

State, County & City of New York, — ss:

Yvonne Baker, Assistant Secretary _____ of the Federal Insurance Company being duly sworn, deposes and says that the foregoing Statement of Assets, Liabilities and Surplus to Policyholders of said Federal Insurance Company on December 31, 2010 is true and correct and is a true abstract of the Annual Statement of said Company as filed with the Secretary of the Treasury of the United States for the 12 months ending December 31, 2010.

Subscribed and sworn to before me this

_Dorothy Baker_
Notary Public

DOROTHY M. BAKER
Notary Public, State of New York
No. 31-4904994
Qualified in New York County
Commission Expires Sept. 14, 2013

_Yvonne Baker_
Assistant Secretary

Form 15-10-0313A (Rev. 3/11)



## State of New Jersey
### DEPARTMENT OF BANKING AND INSURANCE

#### CERTIFICATE OF AUTHORITY

DATE: APRIL 13, 2011

NAIC COMPANY CODE: **20281**

THIS IS TO CERTIFY THAT THE **FEDERAL INSURANCE COMPANY** OF **INDIANAPOLIS, INDIANA,** HAVING COMPLIED WITH THE LAWS OF THE STATE OF NEW JERSEY, AND ANY SUPPLEMENTS OR AMENDMENTS THERETO WITH RESPECT TO THE TRANSACTION OF THE BUSINESS OF INSURANCE, IS LICENSED TO TRANSACT IN THIS STATE UNTIL THE FIRST DAY OF **MAY, 2012,** THE LINES OF INSURANCE SPECIFICALLY DESIGNATED BELOW:

01 - FIRE AND ALLIED LINES
02 - EARTHQUAKE
03 - GROWING CROPS
04 - OCEAN MARINE
05 - INLAND MARINE
06 - WORKERS COMPENSATION AND EMPLOYERS LIABILITY
07 - AUTOMOBILE LIABILITY BODILY INJURY
08 - AUTOMOBILE LIABILITY PROPERTY DAMAGE
09 - AUTOMOBILE PHYSICAL DAMAGE
10 - AIRCRAFT PHYSICAL DAMAGE
11 - OTHER LIABILITY
12 - BOILER AND MACHINERY
13 - FIDELITY AND SURETY
14 - CREDIT
15 - BURGLARY AND THEFT
16 - GLASS
17 - SPRINKLER LEAKAGE AND WATER DAMAGE
18 - LIVESTOCK
19 - SMOKE OR SMUDGE
20 - PHYSICAL LOSS TO BUILDINGS
21 - RADIOACTIVE COMTAMINATION
22 - MECHANICAL BREAKDOWN/POWER FAILURE
26 - ACCIDENT AND HEALTH



THOMAS B. CONSIDINE

*COMMISSIONER*

# RIDER

To be attached to and form part of:

COPY

Bond Number          09051680, and 82060817
dated

issued by the          FIDELITY AND DEPOSIT COMPANY OF MARYLAND and
                       FEDERAL INSURANCE COMPANY
in the amount of       $39,627,251.63

on behalf of   PARSONS TRANSPORTATION GROUP
(Principal)

and in favor of        NEW JERSEY TRANSIT CORPORATION
(Obligee)

Now therefore, it is agreed that in consideration of the premium charged, the attached bond shall be amended as follows:

**The <u>surety companies</u> shall be amended:**

**FROM:** FIDELITY AND DEPOSIT COMPANY OF MARYLAND and FEDERAL INSURANCE COMPANY

**TO:** FIDELITY AND DEPOSIT COMPANY OF MARYLAND, FEDERAL INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY

It is further understood and agreed that all other terms and conditions of this bond shall remain unchanged.

This Rider is to be Effective  this 1st  day of August, 2011.

Signed, Sealed & Dated this  1st day of  February, 2012.

PARSONS TRANSPORTATION GROUP

By: _____
(Principal) Angelle Roussel,
         Vice President & Asst. Secretary

FIDELITY AND DEPOSIT COMPANY OF MARYLAND
(Surety)

By: _____
Marina Tapia, Attorney-in-Fact

FEDERAL INSURANCE COMPANY
(Surety)

By: _____
Marina Tapia   , Attorney-in-Fact


ZURICH AMERICAN INSURANCE COMPANY
(Surety)

By: _____
Marina Tapia   , Attorney-in-Fact

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of **Los Angeles**

On **February 7, 2012** before me, **Helen Alarcon, Notary Public**
     Date                                Here Insert Name and Title of the Officer

personally appeared           **Angelle Roussel**
                                         Name(s) of Signer(s)

HELEN ALARCON
Commission # 1832943
Notary Public - California
Los Angeles County
My Comm. Expires Jan 24, 2013

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _**Helen Alarcon**_
                                  Signature of Notary Public

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of __California__

County of __Los Angeles__

On __FEB 01 2012__ before me, __Edward  C.  Spector,  Notary Public__, personally appeared __Marina Tapia__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal)

Signature _____
Edward C. Spector, Notary Public

EDWARD C. SPECTOR
Commission # 1905287
Notary Public - California
Los Angeles County
My Comm. Expires Sep 24, 2014

## Power of Attorney
# FIDELITY AND DEPOSIT COMPANY OF MARYLAND

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by THEODORE G. MARTINEZ, Vice President, and ERIC D. BARNES, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint **Marina TAPIA, of Los Angeles, California**, its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings**, and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons. This power of attorney revokes that issued on behalf of Marina TAPIA, dated March 6, 2003.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this 30th day of May, A.D. 2007.

ATTEST:                                                      **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**



*Eric D. Barnes     Assistant Secretary*          By:          *Theodore G. Martinez*

State of Maryland
Baltimore County    } ss:

On this 30th day of May, A.D. 2007, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came THEODORE G. MARTINEZ, Vice President, and ERIC D. BARNES, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

*Dennis R. Hayden*                    *Notary Public*
My Commission Expires:  February 15, 2013

POA-F 012-3265B

**EXTRACT FROM BY-LAWS OF FIDELITY AND DEPOSIT COMPANY OF MARYLAND**

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Committee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertaking, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

**CERTIFICATE**

I, the undersigned, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2, of the By-Laws of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said Company,

this _____ day of   FEB 01 2012 _____,  _____.

*Assistant Secretary*

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of __California__

County of __Los Angeles__

On ___FEB 01 2012___ before me, __Edward   C.   Spector,   Notary Public__, personally appeared __Marina Tapia__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal)

Signature _____ _E.C.M_____

Edward C. Spector, Notary Public

EDWARD C. SPECTOR
Commission # 1905287
Notary Public - California
Los Angeles County
My Comm. Expires Sep 24, 2014



| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company Vigilant Insurance Company Pacific Indemnity Company | Attn: Surety Department 15 Mountain View Road Warren, NJ 07059 |

**Know All by These Presents,** That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint **B. Aleman, Tracy Aston, KD Conrad, Lisa Crail, Daravy Mady, Kristine Mendez, Edward C. Spector and Marina Tapia of Los Angeles, California** ------------------------------------------------------------------------

each as their true and lawful Attorney- in- Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

**In Witness Whereof,** said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this **29th** day of **November, 2011.**

_Kenneth C. Wendel_
Kenneth C. Wendel, Assistant Secretary

_David B. Norris, Jr._
David B. Norris, Jr., Vice President

STATE OF NEW JERSEY
County of Somerset      ss.

On this   **29th**   day of   **November, 2011**   before me, a Notary Public of New Jersey, personally came Kenneth C. Wendel, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Kenneth C. Wendel, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By- Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with David B. Norris, Jr., and knows him to be Vice President of said Companies; and that the signature of David B. Norris, Jr., subscribed to said Power of Attorney is in the genuine handwriting of David B. Norris, Jr., and was thereto subscribed by authority of said By- Laws and in deponent's presence.

Notarial Seal



KATHERINE J. ADELAAR
NOTARY PUBLIC OF NEW JERSEY
No. 2316685
Commission Expires July 16, 2014

_Kath J Adelaar_
Notary Public

## CERTIFICATION

Extract from the By- Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys- in- Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Kenneth C. Wendel, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

(i)   the foregoing extract of the By- Laws of the Companies is true and correct,
(ii)   the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
(iii)   the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this         day of         **FEB 01  2012**

  

_Kenneth C. Wendel_
Kenneth C. Wendel, Assistant Secretary

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY   Telephone (908) 903- 3493   Fax (908) 903- 3656
e-mail: surety@chubb.com

Form 15-10- 0225B- U   (Ed. 5- 03) CONSENT

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of __California__

County of __Los Angeles__

On __FEB 01 2012__ before me, __Edward C. Spector, Notary Public__, personally appeared __Marina Tapia__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal)

Signature _____
Edward C. Spector, Notary Public



EDWARD C. SPECTOR
Commission # 1905287
Notary Public - California
Los Angeles County
My Comm. Expires Sep 24, 2014

## ZURICH AMERICAN INSURANCE COMPANY

### POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that the ZURICH AMERICAN INSURANCE COMPANY, a corporation created by and existing under the laws of the State of New York does hereby nominate, constitute and appoint Marina TAPIA, of Los Angeles, California, its true and lawful Attorney-In-Fact with power and authority hereby conferred to sign, seal, and execute in its behalf, during the period beginning with the date of issuance of this power, : **any and all bonds and undertakings, recognizances or other written/obligations in the nature thereof,** and to bind ZURICH AMERICAN INSURANCE COMPANY thereby, and all of the acts of said Attorney[s]-in-Fact pursuant to these presents are hereby ratified and confirmed . This Power of Attorney is made and executed pursuant to and by the authority of the following By-Law duly adopted by the Board of Directors of the Company which By-Law has not been amended or rescinded.

Article VI, Section 5. "...The President or a Vice President in a written instrument attested by a Secretary or an Assistant Secretary may appoint any person Attorney-In-Fact with authority to execute surety bonds on behalf of the Company and other formal underwriting contracts in reference thereto and reinsurance agreements relating to individual policies and bonds of all kinds and attach the corporate seal. Any such officers may revoke the powers granted to any Attorney-In-Fact."

This Power of Attorney is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY by unanimous consent in lieu of a special meeting dated December 15, 1998

" RESOLVED, that the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the seal of the Company may be affixed by facsimile on any Power of Attorney pursuant to Article VI, Section 5 of the By-Laws, and the signature of a Secretary or an Assistant Secretary and the seal of the Company may be affixed by facsimile to any certificate of any such power. Any such power or any certificate thereof with such facsimile signature and seal shall be valid and binding on the Company. Furthermore, such power so executed, sealed and certified by certificate so executed and sealed shall, with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding on the Company."

IN WITNESS WHEREOF, the ZURICH AMERICAN INSURANCE COMPANY has caused these presents to be executed in its name and on its behalf and its Corporate Seal to be hereunto affixed and attested by its officers thereunto duly authorized, this **27th day of October, A.D. 2011.** This power of attorney revokes that issued on behalf of Marina TAPIA, dated November 21, 2001.



### ZURICH AMERICAN INSURANCE COMPANY

By: _____

STATE OF MARYLAND } ss:
CITY OF BALTIMORE }
*Eric D. Barnes        Secretary        Frank E. Martin Jr.        Vice President*

On the 27th day of October, A.D. 2011, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came the above named Vice President and Secretary of ZURICH AMERICAN INSURANCE COMPANY, to me personally known to be the individuals and officers described in and who executed the preceding instrument and they each acknowledged the execution of the same and being by me duly sworn, they severally and each for himself deposed and said that they respectively hold the offices in said Corporation as indicated, that the Seal affixed to the preceding instrument is the Corporate Seal of said Corporation, and that the said Corporate Seal, and their respective signature as such officers, were duly affixed and subscribed to the said instrument pursuant to all due corporate authorization.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above.



*Notary Public        My Commission Expires:  July 8, 2015*

This Power of Attorney limits the acts of those named therein to the bonds and undertaking specifically named therein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

### CERTIFICATE

I, the undersigned, a Secretary of the ZURICH AMERICAN INSURANCE COMPANY, do hereby certify that the foregoing Power of Attorney is still in full force and effect, and further certify that Article VI, Section 5 of the By-Laws of the Company and the Resolution of the Board of Directors set forth in said Power of Attorney are still in force.

IN TESTIMONY WHEREOF I have hereto subscribed my name and affixed the seal of said Company

the _____ day of **FEB 01 2012**

*Gerald F. Haley        Secretary*

POA-Z  ZA 012-3265G                                        Serial Number: TH2011October27ZA 012-3265G

# PARSONS

TO:  Theresa M. Olivieri          Location:  Newark, NJ     Date: February 23, 2012

FROM:  Brian Finn          Location:  New York, NY       Ph: 212-266-8532
        NJTPTC Project Manager

SUBJECT:  **PTG BOND RIDER 09051680 & 82060817**

---

Dear Ms. Olivieri,

Enclosed please find the subject rider for your records.


Thank you.

*BF/Cms*

Project: ACSES III Positive Train Control

Bond No.: 09051680 and 82060817

### PERFORMANCE AND PAYMENT BOND
Executed in Duplicate

*KNOW ALL MEN BY THESE PRESENTS, that we, the undersigned* _____

Parsons Transportation Group

*as PRINCIPAL, AND* _____ Fidelity and Deposit Company of Maryland and Federal Insurance Company _____

*with underwriting office at* _____ 1400 American Lane, Schaumburg, IL 60196-1056 and _____

_____ 15 Mountain View Road, Warren, NJ 07059 _____

*to which all communications in regard to this bond should be addressed, a corporation organized and existing under the laws of the State of* _____ Maryland and Indiana _____ *and duly authorized to do business in the State of New Jersey, as SURETY, and held and firmly bound unto the New Jersey Transit Corporation in the penal sum of* _Thirty Nine Million Six Hundred Twenty Seven Thousand Two Hundred Fifty One and 63/100_ *Dollars ($ 39,627,251.63 -- -- -- -- -- -- -- -- -- -- --), for the payment of which well and truly to be made, we hereby jointly and severally bind ourselves, our heirs, executors, administrators, successors and assigns.*

*Signed this* _____ First _____ *day of* _____ August _____ *A.D. two thousand and* _____ Eleven _____ .

*THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that whereas the above named principal did on the* _____ 9ᵗʰ _____ *day of* _____ August _____ *20* 11 *enter into a contract with the New Jersey Transit Corporation, which said contract is made a part of this the bond the same as though set forth herein;*

*Now, if the said Principal shall well and faithfully do and perform the things agreed by it or them to be done and performed according to the terms of said contract, or any changes or modifications therein made as therein provided, and shall pay all lawful claims of beneficiaries as defined by N.J.S.A. 2A:44-143 for labor performed or materials, provisions, provender or other supplies, or teams, fuels, oils, implements or machinery furnished, used or consumed in the carrying forward, performing or completing of said contract; we agreeing and assenting that this undertaking shall be for the benefit of any beneficiary as defined by N.J.S.A. 2A:44-143 having a just claim, as well as for the obligee herein; and shall further indemnify and save harmless the party of the first part mentioned in the contract aforesaid, its officers agents and servants from all suits and actions of any kind or character whatsoever, which may be brought or instituted by any beneficiary as defined by N.J.S.A. 2A:44-143 who has performed work or furnished materials in or about the work required to be done pursuant to the said contract, or by or on account of, any claims or amount recovered for any infringement of patent, trademark or copyright; then this obligation shall be void, otherwise the same shall remain in full force and effect, it being expressly understood and agreed*

- 1 -

*that the liability of the surety for any and all claims hereunder shall in no event exceed the penal amount of this obligation as herein stated.*

*The said surety hereby stipulates and agrees that no modifications, omissions, or additions in or to the terms of the plans or specifications therefor, shall in anywise affect the obligations of said surety on its bond.*

*Witness or Attest:*

Lilian Hidalgo, Admin. Asst.
*Secretary*
*(ALSO PRINT OR TYPE NAME)*

Parsons Transportation Group

Richard M. Henderson

Vice President & Asst. Secretary
*Principal*
*(ALSO PRINT OR TYPE NAME)*
*(AFFIX CORPORATE SEAL OF PRINCIPAL)*

*Witness or Attest:*

Simone Gerhard, Witness
*SECRETARY*
*(ALSO PRINT OR TYPE NAME)*

Fidelity and Deposit Company of Maryland

and Federal Insurance Company

Marina Tapia, Attorney-in-Fact
*PRINCIPAL SURETY*
*(ALSO PRINT OR TYPE NAME)*
*(AFFIX CORPORATE SEAL OF PRINCIPAL)*

*CERTIFICATION TO THE AUTHORITY OF THE ATTORNEY IN FACT TO COMMIT THE SURETY COMPANY MUST ACCOMPANY THIS BOND, AND A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID SURETY COMPANY.*

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
}
County of   **Los Angeles**

On   **August 1, 2011**             before me,     **Helen Alarcon, Notary Public**                    ,
     <sub>Date</sub>                                           Here Insert Name and Title of the Officer

personally appeared                     **Richard M. Henderson**
                                         Name(s) of Signer(s)

_____ ,



HELEN ALARCON
Commission # 1832943
Notary Public - California
Los Angeles County
My Comm. Expires Jan 24, 2013

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                        Signature of Notary Public

Place Notary Seal Above

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of __California__

County of __Los Angeles__

On __AUG 01 2011__ before me, __Edward C. Spector, Notary Public__, personally appeared __Marina Tapia__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal)

Signature _E. C. M._____

Edward C. Spector, Notary Public

```
EDWARD C. SPECTOR
Commission # 1905287
Notary Public - California
Los Angeles County
My Comm. Expires Sep 24, 2014
```

## Power of Attorney
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by THEODORE G. MARTINEZ, Vice President, and ERIC D. BARNES, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint **Marina TAPIA, of Los Angeles, California,** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed:  **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons.  This power of attorney revokes that issued on behalf of Marina TAPIA, dated March 6, 2003.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this 30th day of May, A.D. 2007.

ATTEST:                                                        **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**

*Eric D. Barnes*     *Assistant Secretary*              By:          *Theodore G. Martinez*

State of Maryland  }
Baltimore County   }  ss:

On this 30th day of May, A.D. 2007, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came THEODORE G. MARTINEZ, Vice President, and ERIC D. BARNES, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

*Dennis R. Hayden*                           *Notary Public*
My Commission Expires: February 15, 2013

POA-F 012-3265B

# FIDELITY AND DEPOSIT COMPANY
## OF MARYLAND
600 Red Brook Blvd., Suite 600, Owings Mills, MD 21117

### Statement of Financial Condition
As Of December 31, 2010

#### ASSETS

| | |
|---|---:|
| Bonds | $ 167,717,443 |
| Stocks | 23,571,636 |
| Cash and Short Term Investments | 250,663 |
| Reinsurance Recoverable | 478,827 |
| Other Accounts Receivable | 44,516,527 |
| TOTAL ADMITTED ASSETS | $ 236,535,096 |

#### LIABILITIES, SURPLUS AND OTHER FUNDS

| | | |
|---|---:|---:|
| Reserve for Taxes and Expenses | | $ 225,295 |
| Ceded Reinsurance Premiums Payable | | 39,963,782 |
| Securities Lending Collateral Liability | | 3,077,700 |
| TOTAL LIABILITIES | | $ 43,266,777 |
| Capital Stock, Paid Up | $ 5,000,000 | |
| Surplus | 188,268,319 | |
| Surplus as regards Policyholders | | 193,268,319 |
| TOTAL | | $ 236,535,096 |

Securities carried at $45,648,865 in the above statement are deposited as required by law.

Securities carried on the basis prescribed by the National Association of Insurance Commissioners.  On the basis of December 31, 2010 market quotations for all bonds and stocks owned, the Company's total admitted assets would be $245,239,534 and surplus as regards policyholders $201,972,757.

I, DENNIS F. KERRIGAN, Corporate Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company on the 31st day of December, 2010.

_Corporate Secretary_

State of Illinois  } SS:
City of Schaumburg  }

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 31st day of March, 2011.

_Notary Public_

OFFICIAL SEAL
DARRYL JOINER
Notary Public - State of Illinois
My Commission Expires May 3, 2014



### State of New Jersey
DEPARTMENT OF BANKING AND INSURANCE

#### CERTIFICATE OF AUTHORITY

DATE:  APRIL 13, 2011                                NAIC COMPANY CODE: 39306

THIS IS TO CERTIFY THAT THE **FIDELITY AND DEPOSIT COMPANY OF MARYLAND** OF **OWINGS MILLS, MARYLAND,** HAVING COMPLIED WITH THE LAWS OF THE STATE OF NEW JERSEY, AND ANY SUPPLEMENTS OR AMENDMENTS THERETO WITH RESPECT TO THE TRANSACTION OF THE BUSINESS OF INSURANCE, IS LICENSED TO TRANSACT IN THIS STATE UNTIL THE FIRST DAY OF **MAY, 2012,** THE LINES OF INSURANCE SPECIFICALLY DESIGNATED BELOW:

    01 - FIRE AND ALLIED LINES
    02 - EARTHQUAKE
    03 - GROWING CROPS
    04 - OCEAN MARINE
    05 - INLAND MARINE
    06 - WORKERS COMPENSATION AND EMPLOYERS LIABILITY
    07 - AUTOMOBILE LIABILITY BODILY INJURY
    08 - AUTOMOBILE LIABILITY PROPERTY DAMAGE
    09 - AUTOMOBILE PHYSICAL DAMAGE
    10 - AIRCRAFT PHYSICAL DAMAGE
    11 - OTHER LIABILITY
    12 - BOILER AND MACHINERY
    13 - FIDELITY AND SURETY
    14 - CREDIT
    15 - BURGLARY AND THEFT
    16 - GLASS
    17 - SPRINKLER LEAKAGE AND WATER DAMAGE
    18 - LIVESTOCK
    19 - SMOKE OR SMUDGE
    20 - PHYSICAL LOSS TO BUILDINGS
    22 - MECHANICAL BREAKDOWN/POWER FAILURE



THOMAS B. CONSIDINE

*COMMISSIONER*

## SURETY DISCLOSURE STATEMENT AND CERTIFICATION

pursuant to N.J.S.A. 2A:44-143

(for use when surety(ies) have a certificate from U.S. Secretary of the Treasury in accordance with 31 U.S.C.§9305)

Fidelity and Deposit Company of Maryland ,

surety on the attached bond, hereby certifies the following:

(1)   The surety meets the applicable capital and surplus requirements of R.S.17:17-6 or R.S.17:17-7 as of the surety's most current annual filing with the New Jersey Department of Insurance.

(2)   The capital and surplus, as determined in accordance with the applicable laws of this State, of the surety participating in the issuance of the attached bond is in the following amounts as of the calendar year ended December 31, 2007 which amounts have been certified on a Certification by PricewaterhouseCoopers, LLP and are included in the Annual Statement on file with the New Jersey Department of Insurance, 20 West State Street CN-325, Trenton, New Jersey 08625-0325.

Fidelity and Deposit Company of Maryland , $200,598,641

With respect to each surety participating in the issuance of the attached bond that has received from the United States Secretary of the Treasury a certificate of authority pursuant to 31 U.S.C. §9305, the underwriting limitation established therein on July 1, 2008 is as follows:

Fidelity and Deposit Company of Maryland , $17,619,000

The amount of the bond to which the statement and certification is attached is $39,627,251.63

(1)   If, by virtue of one or more contracts of reinsurance, the amount of the bond indicated under item (4) above exceeds the total underwriting limitation of all sureties on the bond as set forth in item (3) above, then for each such contract of reinsurance:

(a)   The name and address of each such insurer under that contract and the amount of the reinsurer's participation in the contract is as follows:

and;

(b)   Each surety that is party to any such contract of reinsurance certifies that each insurer listed under item (5)(a) satisfies the credit for reinsurance requirement established under P.L. 1993, c.243(C.17:51B-1 et seq.) and any applicable regulations in effect as of the date on which the bond to which this statement and certification is attached shall have been filed with the appropriate public agency.

### CERTIFICATE

I, William J. Mills, Jr., as Vice President for Fidelity and Deposit, a corporation domiciled in Maryland, DO HEREBY CERTIFY that, to the best of my knowledge, the foregoing statements made by me are true, and ACKNOWLEDGE that, if any of those statements made by me are false, this bond is VOIDABLE.

_____

William J. Mills, Jr., Vice President

Dated: **AUG 01 2011**

Effective: July 1, 2008



| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company<br>Vigilant Insurance Company<br>Pacific Indemnity Company | Attn: Surety Department<br>15 Mountain View Road<br>Warren, NJ 07059 |
|---|---|---|---|

**Know All by These Presents**, That **FEDERAL INSURANCE COMPANY**, an Indiana corporation, **VIGILANT INSURANCE COMPANY**, a New York corporation, and **PACIFIC INDEMNITY COMPANY**, a Wisconsin corporation, do each hereby constitute and appoint **Tracy Aston, KD Conrad, Marina Tapia, Brenda Wong of Los Angeles, California** ----------------------------------

each as their true and lawful Attorney- In- Fact to execute under such designation in their names and to affix corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

In Witness Whereof, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this **5th** day of **July, 2011**.

Kenneth C. Wendel, Assistant Secretary

David B. Norris, Jr., Vice President

STATE OF NEW JERSEY
County of Somerset    ss.

On this **5th** day of **July, 2011** before me, a Notary Public of New Jersey, personally came Kenneth C. Wendel, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Kenneth C. Wendel, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By- Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with David B. Norris, Jr., and knows him to be Vice President of said Companies; and that the signature of David B. Norris, Jr., subscribed to said Power of Attorney is in the genuine handwriting of David B. Norris, Jr., and was thereto subscribed by authority of said By- Laws and in deponent's presence.

Notarial Seal



KATHERINE J. ADELAAR
NOTARY PUBLIC OF NEW JERSEY
No. 2316685
Commission Expires July 16, 2014

Notary Public

## CERTIFICATION

Extract from the By- Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys- In- Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Kenneth C. Wendel, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

(i) the foregoing extract of the By- Laws of the Companies is true and correct,

(ii) the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and

(iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this            day of    **AUG 01 2011**

  

Kenneth C. Wendel, Assistant Secretary

---

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY   Telephone (908) 903- 3493  Fax (908) 903- 3656
e-mail:  surety@chubb.com

---

Form 15-10- 0225B- U  (Ed. 5- 03) CONSENT

# FEDERAL INSURANCE COMPANY

STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

DECEMBER 31, 2010

(in thousands of dollars)

| ASSETS | | | LIABILITIES AND SURPLUS TO POLICYHOLDERS | |
|---|---|---|---|---|
| Cash and Short Term Investments.............. | $ | 235,579 | Outstanding Losses and Loss Expenses ..... $ | 12,051,257 |
| United States Government, State and | | | Unearned Premiums........................... | 3,331,654 |
| Municipal Bonds.......................... | | 10,931,173 | Ceded Reinsurance Premiums Payable....... | 329,476 |
| Other Bonds................................. | | 4,110,731 | Provision for Reinsurance ........................... | 70,491 |
| Stocks ....................................... | | 837,803 | Other Liabilities............................................ | 962,493 |
| Other Invested Assets................................ | | 1,909,914 | | |
| | | | | |
| TOTAL INVESTMENTS ...............,.......... | | 18,025,200 | TOTAL LIABILITIES ..................................... | 16,745,371 |
| | | | | |
| Investments in Affiliates: | | | | |
| Chubb Investment Holdings, Inc................. | | 3,002,346 | Special Surplus Funds................................ | 174,400 |
| Pacific Indemnity Company ........................ | | 2,424,142 | Capital Stock............................................... | 20,980 |
| Chubb Insurance Investment Holdings Ltd. ... | | 1,275,789 | Paid-In Surplus........................................... | 3,106,808 |
| Executive Risk Indemnity Inc...................... | | 1,111,774 | Unassigned Funds....................................... | 11,015,075 |
| CC Canada Holdings Ltd. ........................... | | 752,455 | | |
| Great Northern Insurance Company............ | | 459,252 | SURPLUS TO POLICYHOLDERS............. | 14,317,263 |
| Chubb Insurance Company of Australia Limited | | 313,107 | | |
| Chubb European Investment Holdings SLP... | | 234,636 | | |
| Vigilant Insurance Company........................ | | 212,646 | | |
| Other Affiliates ........................................... | | 381,791 | | |
| Premiums Receivable ................................... | | 1,441,826 | | |
| Other Assets.................................................. | | 1,427,670 | TOTAL LIABILITIES AND SURPLUS | |
| | | | TO POLICYHOLDERS............................ | $ 31,062,634 |
| TOTAL ADMITTED ASSETS ................... $ 31,062,634 | | | | |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners. Investments with a carrying value of $452,427,638 are deposited with government authorities as required by law.

State, County & City of New York, — ss:

_____Yvonne Baker, Assistant Secretary_____ of the Federal Insurance Company being duly sworn, deposes and says that the foregoing Statement of Assets, Liabilities and Surplus to Policyholders of said Federal Insurance Company on December 31, 2010 is true and correct and is a true abstract of the Annual Statement of said Company as filed with the Secretary of the Treasury of the United States for the 12 months ending December 31, 2010.

Subscribed and sworn to before me this

_Dorothy Baker_
Notary Public

_Yvonne Baker_
Assistant Secretary

DOROTHY M. BAKER
Notary Public, State of New York
No. 31-4904994
Qualified in New York County
Commission Expires Sept. 14, 2013

Form 15-10-0310A (Rev 3/11)



### State of New Jersey
DEPARTMENT OF BANKING AND INSURANCE

#### CERTIFICATE OF AUTHORITY

DATE: APRIL 13, 2011                                      NAIC COMPANY CODE: **20281**

THIS IS TO CERTIFY THAT THE **FEDERAL INSURANCE COMPANY** OF **INDIANAPOLIS, INDIANA,** HAVING COMPLIED WITH THE LAWS OF THE STATE OF NEW JERSEY, AND ANY SUPPLEMENTS OR AMENDMENTS THERETO WITH RESPECT TO THE TRANSACTION OF THE BUSINESS OF INSURANCE, IS LICENSED TO TRANSACT IN THIS STATE UNTIL THE FIRST DAY OF **MAY, 2012,** THE LINES OF INSURANCE SPECIFICALLY DESIGNATED BELOW:

> 01 - FIRE AND ALLIED LINES
> 02 - EARTHQUAKE
> 03 - GROWING CROPS
> 04 - OCEAN MARINE
> 05 - INLAND MARINE
> 06 - WORKERS COMPENSATION AND EMPLOYERS LIABILITY
> 07 - AUTOMOBILE LIABILITY BODILY INJURY
> 08 - AUTOMOBILE LIABILITY PROPERTY DAMAGE
> 09 - AUTOMOBILE PHYSICAL DAMAGE
> 10 - AIRCRAFT PHYSICAL DAMAGE
> 11 - OTHER LIABILITY
> 12 - BOILER AND MACHINERY
> 13 - FIDELITY AND SURETY
> 14 - CREDIT
> 15 - BURGLARY AND THEFT
> 16 - GLASS
> 17 - SPRINKLER LEAKAGE AND WATER DAMAGE
> 18 - LIVESTOCK
> 19 - SMOKE OR SMUDGE
> 20 - PHYSICAL LOSS TO BUILDINGS
> 21 - RADIOACTIVE COMTAMINATION
> 22 - MECHANICAL BREAKDOWN/POWER FAILURE
> 26 - ACCIDENT AND HEALTH



THOMAS B. CONSIDINE

*COMMISSIONER*